# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2011

Robert P. Young, Jr.,
Chief Justice

142300

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CATHERINE GEYER,
   Plaintiff-Appellee,

v

             SC: 142300
             COA: 300472
             Genesee CC: 10-093879-CZ

HALL CHRYSLER JEEP DODGE, INC.,
and JAMES P. HALL,
   Defendants-Appellants.

_____/

   On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2011

Clerk

h0621